TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LOUIS C. UHL
Assistant U.S. Attorney
Arizona State Bar No. 021621
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6403
Email: Louis.Uhl@usdoj.gov
Attorneys for Plaintiff

☑ FILED ____ LODGED
____ RECEIVED ____ COPY

APR 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Andy Torres,

        Defendant.

No. CR-26-00431-PHX-SMB (DMF)

**INDICTMENT**

VIO: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens)
Count 1

8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens)
Count 2

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning on an unknown date and continuing through on or about August 27, 2023, in the District of Arizona, the defendant, ANDY TORRES, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the grand jury to transport and move within the United States, certain aliens, namely, Natalia Del Carmen Cruz Gomez, Marlene Santiz Mendez and Salvador Gonzalez Pereya, who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

<strong><u>COUNT 2</u></strong>

Beginning on an unknown date and continuing through on or about November 3, 2023, in the District of Arizona, the defendant, ANDY TORRES, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the grand jury to transport and move within the United States, certain aliens, namely, Sergio Diaz-Gonzalez, Josue Lopez-Lopez and Florentino Giron-Perez, who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/<br>FOREPERSON OF THE GRAND JURY<br>Date: April 28, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
LOUIS C. UHL
Assistant U.S. Attorney

- 2 -